UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ANTHONY COVENA ESPINOZA,<br>Petitioner,<br>v.<br>DHS OPLA,<br>Respondent. | Case No. 5:26-cv-02863-AH-MAR<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered **GRANTING** the Petition; directing Respondents to immediately release Petitioner **Frank Anthony Covena Espinoza (A-Number 249-262-006)** from custody subject only to the conditions of his preexisting parole; immediately return all of Petitioner's belongings, including his identification documents, work authorization documents, and any other documents or belongings seized during his re-detention, and; not to re-detain Petitioner without notice of the reasons for revocation of his release and a pre-deprivation hearing before a neutral immigration judge to determine whether detention is warranted. At such a hearing, the government shall bear the burden of

establishing, by clear and convincing evidence, that Petitioners poses a danger to the community or a risk of flight and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community. The Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard.

Respondents shall file a Notice of Compliance with the Court within forty-eight hours.

Dated: July 29, 2026

HONORABLE ANNE HWANG
United States District Judge