JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FRANK ANTHONY COVENA ESPINOZA,

Petitioner,

v.

DHS OPLA,

Respondent.

Case No. 5:26-cv-02863-AH-MAR

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED.** Respondents are **ORDERED** to: immediately release Petitioner **Frank Anthony Covena Espinoza (A-Number 249-262-006)** from custody subject only to the conditions of his preexisting parole; immediately return all of Petitioner's belongings, including his identification documents, work authorization documents, and any other documents or belongings seized during his re-detention, and; not to re-detain Petitioner without notice of the reasons for revocation of his release and a pre-deprivation hearing before a neutral immigration judge to determine whether detention is warranted. At such a hearing, the government shall bear the burden of establishing, by clear and convincing evidence, that Petitioners poses a danger to the community or a risk of flight and that no condition or combination of conditions

could reasonably assure Petitioner's future appearance and/or the safety of the community. The Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard.

Respondents shall file a Notice of Compliance with the Court within forty-eight hours.

Dated: July 29, 2026

HONORABLE ANNE HWANG
United States District Judge